# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12CV294-MOC-DSC

| | |
|---|---|
| INTERNATIONAL ENGINEERING & TRADING CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| INGERSOLL-RAND COMPANY, | ) ) |
| Defendant, | ) ) |
| v. | ) ) |
| CLEVELAND HOLDINGS, INC., et. al., | ) ) |
| Counterclaim-Defendants. | ) ) |

**THIS MATTER** is before the Court on the "Application(s) for Admission to Practice Pro Hac Vice [of William Hawal, Dennis R. Lansdowne and William B. Eadie]" (documents ##13-15) filed June 4, 2012. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: June 4, 2012

David S. Cayer
United States Magistrate Judge