# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12CV294-MOC-DSC

| | |
|---|---|
| INTERNATIONAL ENGINEERING & TRADING CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| INGERSOLL-RAND COMPANY, | ) ) |
| Defendant, | ) ) |
| v. | ) ) |
| CLEVELAND HOLDINGS, INC., et. al., | ) ) |
| Counterclaim-Defendants. | ) ) |

**THIS MATTER** is before the Court on Defendant's Motion to Seal documents which are attached to the previously filed affidavits of Yola Deng, Beth Ann Roberts, Alfonso Guevara and Carrie J. Marshall. For the reasons stated in the Motion, the Court **GRANTS** Defendant's Motion to Seal Documents filed as Exhibits to the above referenced affidavits.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: September 1, 2012

David S. Cayer
United States Magistrate Judge