**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:12CV294-DSC**

| | |
|---|---|
| **INTERNATIONAL ENGINEERING &** | ) |
| **TRADING CORPORATION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **INGERSOLL-RAND COMPANY,** | ) |
| | ) |
| **Defendant,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CLEVELAND HOLDINGS, INC., et. al.,** | ) |
| | ) |
| **Counterclaim-Defendants.** | ) |
| _____ | ) |

   **THIS MATTER** is before the Court on Plaintiff's "Motion to Seal" (document #45).   For

the reasons stated therein, the Court **GRANTS** the Motion.

   **SO ORDERED**.       Signed: October 11, 2012

_____
David S. Cayer
United States Magistrate Judge