IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12CV294-DSC

| | |
|---|---|
| INTERNATIONAL ENGINEERING & TRADING CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) INGERSOLL-RAND COMPANY, ) ) Defendant, ) ) v. ) ) CLEVELAND HOLDINGS, INC., et. al., ) ) Counterclaim-Defendants. ) ) | ORDER |

**THIS MATTER** is before the Court on Defendant's Motion to Seal the documents which are attached to the Second Affidavit of Alfonso Guevara filed on October 12, 2012. For the reasons stated in the Motion, the Court **GRANTS** Defendant's Motion to Seal the documents filed as exhibits to the Second Affidavit of Alfonso Guevara.

**SO ORDERED**.  Signed: October 14, 2012

David S. Cayer
United States Magistrate Judge