IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12CV294-DSC

| | |
|---|---|
| INTERNATIONAL ENGINEERING & TRADING CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INGERSOLL-RAND COMPANY, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>CLEVELAND HOLDINGS, INC., et. al., )<br>)<br>Counterclaim-Defendants. )<br>_____) | ORDER |

**THIS MATTER** is before the Court on Plaintiff's Motion to Seal the documents which are attached to the Affidavit of William B. Eadie filed on October 22, 2012. For the reasons stated in the Motion, the Court **GRANTS** Defendant's Motion to Seal the documents filed as exhibits to the Affidavit of William B. Eadie.

      **SO ORDERED**.                       Signed: October 23, 2012

David S. Cayer
United States Magistrate Judge