**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION No. 3:12-cv-00294- DSC**

---

**INTERNATIONAL ENGINEERING &**
**TRADING CORPORATION,**

    **Plaintiff,**

    **v.**

**INGERSOLL-RAND COMPANY and**
**INGERSOLL-RAND, PLC,**

    **Defendants,**

    **v.**

**CLEVELAND HOLDINGS, INC. d/b/a D-**
**TEK MANUFACTURING and T & B**
**FOUNDRY COMPANY,**

    **Counterclaim-Defendants.**

---

## ORDER

    **THIS MATTER** is before the Court on "Application(s) for Admission to Practice Pro Hac Vice [of Nicholas A. Dicello and Stuart E. Scott]" (documents ##89 and 90) filed June 25, 2013. For the reasons set forth therein, the Motions will be granted.

    **SO ORDERED**.

Signed: June 25, 2013

_____

David S. Cayer
United States Magistrate Judge