IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION No. 3:12-cv-00294-DSC

| | |
|---|---|
| INTERNATIONAL ENGINEERING & TRADING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INGERSOLL-RAND COMPANY and INGERSOLL-RAND, PLC,<br><br>Defendants,<br><br>v.<br><br>CLEVELAND HOLDINGS, INC. d/b/a D-TEK MANUFACTURING and T & B FOUNDRY COMPANY,<br><br>Counterclaim-Defendants. | ORDER |

**THIS MATTER** is before the Court on Defendants' "Motion for Voluntary Dismissal Without Prejudice as to … Cleveland Holdings …." (document #96), as well as the parties' briefs and exhibits. See documents ## 96, 100 and 101.

Having carefully considered the record, the authorities, and the parties' arguments, the Motion is **DENIED IN ITS ENTIRETY**.

**SO ORDERED**.

Signed: July 30, 2013

David S. Cayer
United States Magistrate Judge