IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION No. 3:12-cv-00294-DSC

| | |
|---|---|
| INTERNATIONAL ENGINEERING & TRADING CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> INGERSOLL-RAND COMPANY <br><br> Defendant <br><br> v. <br><br> CLEVELAND HOLDINGS, INC. d/b/a D-TEK MANUFACTURING and T & B FOUNDRY COMPANY <br><br> Counterclaim-Defendants | ORDER TO SEAL DOCUMENTS |

**BEFORE** the Court is Defendant's Motion to Seal the documents which are attached to Defendants Ingersoll-Rand Company and Ingersoll-Rand PLC's Memorandum of Law in Support of their Motion for Sanctions due to the Plaintiff's Spoliation of Evidence filed on August 14, 2013.

For the reasons stated in the Motion, the Court GRANTS Defendant's Motion to Seal the documents filed as exhibits to Defendants Ingersoll-Rand Company and Ingersoll-Rand PLC's Memorandum of Law in Support of their Motion for Sanctions due to the Plaintiff's Spoliation of Evidence.

**SO ORDERED**.

Signed: August 15, 2013

David S. Cayer
United States Magistrate Judge