IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION No. 3:12-cv-00294-MOC-DSC

| | |
|---|---|
| INTERNATIONAL ENGINEERING & TRADING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INGERSOLL-RAND COMPANY<br><br>Defendant<br><br>v.<br><br>CLEVELAND HOLDINGS, INC. d/b/a D-TEK MANUFACTURING and T & B FOUNDRY COMPANY<br><br>Counterclaim-Defendants | ORDER TO SEAL DOCUMENTS |

**BEFORE** the Court is Plaintiff's "Motion to Seal [documents attached as exhibits to the Affidavit of William B. Eadie]" (document #110) and "Third Party Defendant T&B Foundry's Motion to Seal [documents attached as exhibits to the Affidavit of William B. Eadie]" (document #111), both filed August 15, 2014.

For the reasons stated therein, the Motions are **GRANTED**.

**SO ORDERED**.

Signed: August 16, 2013

David S. Cayer
United States Magistrate Judge