IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION No. 3:12-cv-00294-MOC-DSC

| | |
|---|---|
| **INTERNATIONAL ENGINEERING & TRADING CORPORATION,** <br><br> Plaintiff, <br><br> v. <br><br> **INGERSOLL-RAND COMPANY** <br><br> Defendant <br><br> v. <br><br> **CLEVELAND HOLDINGS, INC. d/b/a D-TEK MANUFACTURING and T & B FOUNDRY COMPANY** <br><br> Counterclaim-Defendants | **ORDER TO SEAL DOCUMENTS** |

**BEFORE** the Court is Defendants' Motion to Seal documents attached as exhibits to the affidavits of Gabriel Basualdo and Carrie Marshall, exhibits B and C to the affidavit of Annette Ebright and multiple deposition exhibits, to be filed on August 15, 2013. For the reasons stated in the Motion, the Court **GRANTS** Defendant's Motion to Seal the documents filed as exhibits to the affidavits of Gabriel Basualdo, Carrie Marshall and Annette Ebright and to deposition exhibits offered during discovery in this case.

**SO ORDERED**.

Signed: August 16, 2013

David S. Cayer
United States Magistrate Judge