IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION No. 3:12-cv-00294-DSC

| | |
|---|---|
| INTERNATIONAL ENGINEERING & TRADING CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>INGERSOLL-RAND COMPANY<br><br>    Defendant<br><br>v.<br><br>CLEVELAND HOLDINGS, INC. d/b/a D-TEK MANUFACTURING and T & B FOUNDRY COMPANY<br><br>    Counterclaim-Defendants | ORDER TO SEAL DOCUMENTS |

    **BEFORE** the Court is Plaintiff's "Motion to Seal" (document #134) filed September 3, 2014.

    For the reasons stated therein, the Motion is **GRANTED**.

    **SO ORDERED**.

Signed: September 3, 2013

_____
David S. Cayer
United States Magistrate Judge